BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** NEC Networks, LLC d/b/a CaptureRx Customer Data Security Breach Litigation | MDL No. 3018 |

NOTICE OF APPEARANCE

SCHEDULE OF ACTIONS

| | **Plaintiffs** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Echoe Camacho | NEC Networks, LLC, et al. | Eastern District of California | 2:21-cv-1004 | Kimberly J. Mueller |
| 2. | Angelica Mendoza | NEC Networks, LLC, et al. | Northern District of California | 4:21-cv-6146 | Kandis A. Westmore |
| 3. | Daisy Trujillo | NEC Networks, LLC, et al. | Western District of Texas | 5:21-cv-523 | Orlando L. Garcia |

Dated:  September 2, 2021

HUNTON ANDREWS KURTH LLP

By: ____*/s/ Jason J. Kim*____

Jason J. Kim, State Bar No. 221476
550 S. Hope Street, Suite 2000
Los Angeles, California 90071
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020
Email:  kimj@HuntonAK.com

Attorneys for Defendants
Rite Aid Corporation and
Rite Aid Hdqtrs. Corp.